# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-8954 FMO (PVCx) | Date | May 3, 2021 |
|---|---|---|---|
| Title | John James Altobelli, et al. v. Island Express Helicopters, Inc., et al. | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):    Attorney Present for Defendant(s):

None Present    None Present

**Proceedings:**     (In Chambers) Order Re: Pending Motions

For the reasons set forth in the Court's Order of May 3, 2021, in Vanessa Bryant, et al. v. Island Express Helicopters, Inc., et al., CV 20-8953 FMO (PVCx), IT IS ORDERED THAT:

1. Third-party defendant United States of America's Motion to Dismiss **(Document No. 24)** is **granted in part** and **denied in part**. The fifth cause of action for declaratory relief set forth in Island Express Helicopters, Inc. and Island Express Holding Corp.'s Third-Party Complaint is hereby dismissed. The Motion is denied in all other respects.

2. Plaintiffs' Motion to Remand **(Document No. 26)** is **denied**.

3. Except for the claim for declaratory relief, the United States shall file its Answer to the Third-Party Complaint no later than **May 14, 2021**.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |